**168**

Richard CALISTO

v.

**REGISTRY OF MOTOR VEHICLES DEPT. OF TRANSPORTATION.**

No. 85–117–M.P.

Supreme Court of Rhode Island.
April 18, 1985.

Conrad M. Cutcliffe, Providence, for petitioner.

Mary Urso, Westerly, Terence J. Tierney, Portsmouth, for respondent.

ORDER

The petition for writ of certiorari is denied.

Donald COONEY

v.

**Edward PARE et al.**

No. 85–74–M.P.

Supreme Court of Rhode Island.
April 18, 1985.

Joseph C. Johnston, Jr., East Providence, for petitioner.

F. Thomas O'Halloran, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

Gerald CONNELL et al.

v.

**Edward F. BURKE.**

No. 85–115–M.P.

Supreme Court of Rhode Island.
April 18, 1985.

Michael P. DeFanti, Providence, for petitioners.

John A. Notte, III, Charles J. McCarthy, Providence, for respondent.

ORDER

The petition for writ of certiorari and motion for oral argument are denied.

John S. RENZA

v.

**Henry F. MURRAY et al.**

No. 85–30–M.P.

Supreme Court of Rhode Island.
April 18, 1985.

Charles H. McLaughlin, Providence, for petitioner.

Pat Nero, Cranston, Bruce I. Sondler, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.